UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; CYANIDE PUBLISHING; TOKECO TUNES; WACISSA RIVER MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; ROUND HILL MUSIC LP d/b/a ROUND HILL WORKS; FLORIDA CRACKER MUSIC, | Case No. 1:18-cv-01326<br><br>Hon. Paul L. Maloney |

    Plaintiffs,

v.

MADIGAN'S, LLC d/b/a MADIGAN'S; WILLIAM SOURS and CHRISTOPHER WARREN, each individually,

    Defendants.

---

HOWARD & HOWARD ATTORNEYS PLLC
By: Patrick M. McCarthy (P49100)
115 W. Huron Street, Suite 700
Ann Arbor, MI 48104
Direct – 734-222-1097
Fax – 734-761-5957
Email – pmm@h2law.com
*Attorneys for Plaintiffs*

---

# DEFAULT JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is **ORDERED AND ADJUDGED**:

I

Plaintiffs' Motion for Default Judgment against Defendants Madigan's, LLC d/b/a Madigan's, William Sours and Christopher Warren is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of six (6) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Madigan's, LLC d/b/a Madigan's, William Sours and Christopher Warren, jointly and severally, statutory damages in the amount of Three Thousand Dollars ($3,000.00) for each of the six (6) musical compositions, for a total of $18,000.00, pursuant to 17 U.S.C. § 504(c)(1).

III

Plaintiffs shall recover from Defendants Madigan's, LLC d/b/a Madigan's, William Sours and Christopher Warren, jointly and severally, full costs in this action, including reasonable attorneys' fees in the amount of $5,285.00, pursuant to 17 U.S.C. § 505.

IV

Plaintiffs shall recover from Defendants Madigan's, LLC d/b/a Madigan's,

William Sours and Christopher Warren, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961.

V

Defendants Madigan's, LLC d/b/a Madigan's, William Sours and Christopher Warren and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: June 28, 2019

/s/ Paul L. Maloney
UNITED STATES DISTRICT JUDGE